UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   LORRAINE W SCALES

CASE NO. 07 B 14223

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

   Debtor  
SSN XXX-XX-9434

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/08/07 and confirmed on 10/26/07.

2. The case was converted to Chapter 7 after confirmation, 07/31/2008.

3. The Debtor paid a total of $ 5725.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| BERKLEY VACATION | SECURED | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 6760.00 | 225.67 | 2438.69 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2329.21 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1931.72 | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 341.89 | .00 | .00 |
| STERLING INC | UNSECURED | 169.76 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | 6984.31 | .00 | .00 |
| CHASE BANK | UNSECURED | 856.57 | .00 | .00 |
| REMINGTON TRAILS II THA | SECURED | 1527.95 | .00 | 1527.95 |
| TRIAD FINANCIAL CORP | UNSECURED | 3062.19 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8287.95 | .00 | 15675.65 | .00 | 23963.60 |
| PRINCIPAL PAID | 3966.64 | .00 | .00 | .00 | 3966.64 |
| INTEREST PAID | 225.67 | .00 | .00 | .00 | 225.67 |
| TOTAL PAID | 4192.31 | .00 | .00 | .00 | 4192.31 |

The Debtor's attorney, GARY N FOLEY              , was allowed $   3500.00 and was paid $    1126.00  direct and $    1249.13  through the plan.

The Trustee received $    283.56 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/09/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
        CASE NO. 07 B 14223 LORRAINE W SCALES
```